# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**In Re: James A. Heilgeist** ) **18 B 28880**
)
**Debtor(s)** ) **Judge Deborah L. Thorne**

*Notice Of Motion/ Certificate Of Service*

James A. Heilgeist
1200W. Sherwin Ave., 1K
Chicago, IL 60626
*Via U.S. Mail*

David H. Culter
Cutler & Associates, Ltd.
*Via ECF noticing procedures*

On **October 23, 2019, at 9:00 AM** I will appear in:

> Courtroom 613
> 219 S Dearborn St
> Chicago, IL  60604

and present this Motion, a copy of which is hereby served upon you.

I certify under penalty of perjury that I mailed a copy of this notice to the above listed persons by first class US mail, postage prepaid, or as otherwise listed on September 27, 2019.

/s/ A. Stewart Chapman
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:  James A. Heilgeist** | ) | **18 B 28880** |
| | ) | |
| Debtor(s) | ) | **Judge Deborah L. Thorne** |

*Motion to Modify Plan*

NOW COMES Marilyn O. Marshall, Standing Trustee, and requests that the Debtor's confirmed Chapter 13 Plan be modified pursuant to 11 USC Section 1329, and in support thereof states as follows:

1. The Debtor filed for relief pursuant to Chapter 13 on October 15, 2018.

2. On February 13, 2019, the Debtor's Plan was confirmed.  The Order confirming the Debtor's Chapter 13 Plan requires that the Debtor make plan payments in the amount of $1,100.00 for 4 months, $1,561.00 for 19 months, and $2,203.00 for 37 Months for a term of 60 months, providing that the unsecured creditors receive not less than 32% of their allowed claims.

3. The Debtor's confirmed plan requires the Debtor to tender copies of tax returns to the Trustee on an annual basis.

4. According to the Debtor's 2018 tax returns, his annual income has increased from $70,440.00 at the time the Amended Schedule I was filed to $211,401.00.  This equates to an increase in the Debtor's monthly income from the $5,870.00 listed on Debtor's Amended Schedule I to $14,092.72.

5. The Debtor therefore has an additional $8,222.72 in disposable income that should be committed to the Debtor's plan payments.

6. The Debtor has to date not asked this court to increase his plan payments for the benefit of creditors while his income has increased substantially within the past year.

7. The Debtor's post-petition wages are property of the bankruptcy estate pursuant to 11 U.S.C. §1306.

8. The Trustee has not received the final payments on this case and at filing there remains a balance due of approximately $100,188.36.

WHEREFORE, the Trustee prays that the debtors' plan be amended to increase the Debtor's plan payments from $1,561.00 for October 2019 payments through September 2020 payments to $9,761.00, increase plan payments from $2,203.00 for October 2020 plan payments through the end of the plan term to $10,403.00 per month, increase the percentage to be paid to unsecured creditors to 100%, and for any further relief this court deems appropriate.

Respectfully submitted,

/s/ A. Stewart Chapman
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee, Marilyn O. Marshall
224 South Michigan Ave., Suite 800
Chicago, Illinois 60604
(312)431-1300